**DENIED and Opinion Filed May 12, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00374-CV**

**IN RE ROBERT B. READ, JR., Relator**

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81170-06**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Miskel
Opinion by Justice Reichek

Before the Court is relator's April 24, 2023 petition for writ of mandamus wherein relator requests that the Court compel the trial court to rule on a postconviction motion for the production of grand jury transcripts.

To establish a right to mandamus relief in a criminal case, the relator must show that the trial court violated a ministerial duty and there is no adequate remedy at law. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding). To seek mandamus relief from a trial court's failure to rule, a relator must establish the trial court (1) had a legal duty to rule on the motion, (2) was asked to rule on the motion, and (3) failed to do so within a reasonable time. *In re Prado*, 522 S.W.3d 1, 2 (Tex. App.—Dallas 2017, orig. proceeding) (mem. op.).

After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

230374F.P05